

FILED
08/31/2020
Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA
Case Number: DA 19-0368

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 19-0368

_____

STEVEN WAYNE KEEFE,

      Plaintiff and Appellant,

    v.

LEROY KIRKEGARD, Warden,
Montana State Prison,

      Defendant and Appellee.

FILED

AUG 3 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

**O R D E R**

_____

This matter is scheduled for oral argument on September 11, 2020, at 9:30 a.m. Due to the State-Bar holding its annual meeting via Zoom Webinar pursuant to the State-imposed restrictions caused by the COVID-19 pandemic,

IT IS ORDERED that the oral argument will be conducted entirely by visual and audio communication devices on Zoom. The courtroom will not be utilized.

All counsel, as well as every member of the Court, will appear via Zoom.

The Clerk is directed to provide a copy hereof to all counsel of record.

DATED this 31st day of August, 2020.

For the Court,

By _____
             Chief Justice